[No. 46745-0-I.   Division One.   June 4, 2001.]

ALVIN MORGAN, *Appellant*, v. DIGITAL EQUIPMENT CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-21818-5, Glenna Hall, J., entered February 25, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Agid, C.J., concurred in by Webster and Appelwick, JJ.

[No. 46756-5-I.   Division One.   June 4, 2001.]

MARIA R. DARCY, *Respondent*, v. SHEK T. YU, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-2-01678-1, Steven J. Mura, J., entered May 4, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46965-7-I.   Division One.   June 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. D.J.W., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-8-00146-2, Julie Spector, J., entered April 18, May 26, and June 12, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 19214-8-III.   Division Three.   June 5, 2001.]

LAWRENCE EDWARD SPRATT, *Appellant*, v. THE WASHINGTON STATE LIQUOR CONTROL BOARD, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-04466-0, Robert D. Austin, J., entered March 3, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.